

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00186-CV

**COTTER & SONS, INC.**; James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et al.,
Appellants

v.

**BJ CORPORATION** d/b/a National Building Service,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice


This appeal is set for oral argument and submission on March 22, 2017. On February 6, 2017, appellee Brad Simpson filed an agreed motion to reschedule oral argument.

Appellee's motion to reset oral argument is GRANTED. We WITHDRAW the March 22, 2017 submission date. We set this appeal for formal submission and oral argument before this court on Thursday, April 6, 2017, at 9:00 am before a panel consisting of Chief Justice Marion, Justice Barnard, and Justice Alvarez.

Oral argument will be limited to twenty minutes for Appellants' opening argument, twenty minutes for Appellees' argument, and ten minutes for Appellants' rebuttal. *See* TEX. R. APP. P. 39.3; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1. If you do not wish to present argument, you must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** on February 8, 2017.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle, Clerk